FILED
03 NOV 17 PM 4:00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                             CASE NO. 99-51111-JRG

    Laura Ferrer

                                                       ORDER FOR PAYMENT
                                                       OF UNCLAIMED FUNDS
                  Debtor

    This case came on for consideration of the motion for payment of unclaimed funds in the amount of $2,003.76. For the reason stated in the Application and supporting documentation filed contemporaneously herewith,

    IT IS ORDERED that, pursuant to 28 USC 2042, the Bankruptcy Clerk, Northern District of California, San Francisco Division, pay this unclaimed money to the order of:

                **Direct Merchants Credit Card Bank NA For Direct Merchant's CCB**
                              c/o The Locator Services Group Ltd.
                                316 Newbury Street, Suite 32
                                     Boston, MA 02115

Dated: Nov 17 2003

                                                                  Bankruptcy Judge
                                                                  Northern District of California